IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**ALLSTATE INSURANCE COMPANY,**
as subrogee of James Coleman,

      Plaintiff,

CIVIL ACTION NO. 2:22-cv-5

v.

**A&M TOBACCO, INC. and
PREMIUMESTORE, LLC,**

      **Defendants.**

## ORDER GRANTING MOTION
## FOR LEAVE TO WITHDRAW AS COUNSEL

THIS MATTER is before the Court on a motion for David C. Hartnett, Esquire to be withdrawn as counsel for plaintiff Allstate Insurance Company, as subrogee of James Coleman. Upon due consideration, the motion is GRANTED and it is hereby ORDERED that Mr. Hartnett's appearance as counsel for plaintiff is withdrawn. He need not be served with any further pleadings, motions, or other papers in this action.

It is so **ORDERED**.

/s/
Rebecca Beach Smith
Senior United States District Judge

ENTERED: 8-18-22

_____
United States District Court Judge