IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, AS SUBROGEE OF JAMES COLEMAN, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| A&M TOBACCO, INC., et al., | ) ) |
| Defendants. | ) ) ) |

Civil Action No. 2:22-cv-00005

### PREMIUMESTORE, LLC's MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT AND DEFENDANT A&M TOBACCO, INC.'S CROSSCLAIM

Defendant Premiumestore, LLC ("Premiumestore"), by counsel, pursuant to Federal Rule of Civil Procedure 12(b)(6), moves this Court for entry of an Order dismissing the Amended Complaint (the "Amended Complaint") of Plaintiff Allstate Insurance Company, as subrogee of James Coleman and to dismiss Defendant A&M Tobacco, Inc.'s Crossclaim for a failure to state a claim upon which relief can be granted. The further grounds and bases for this motion are set forth in the accompanying Memorandum in Support of Motion to Dismiss filed contemporaneously with this Motion.

WHEREFORE, Premiumestore respectfully requests that this Court grant its motion and dismiss the Amended Complaint and Crossclaim without prejudice as to Premiumestore. Premiumestore further requests the Court reward it any such further relief the Court deems appropriate.

This 29th day of August, 2022.

2

**PREMIUMESTORE, LLC**

By: /s/ Patrick R. Hanes
Patrick R. Hanes (VSB No. 38148)
Gregory A. Crapanzano (VSB No. 93044)
WILLIAMS MULLEN
P. O. Box 1320
Richmond, VA 23218-1320
Telephone: 804.420.6455
Facsimile: 804.420.6507
Email: phanes@williamsmullen.com
Email: gcrapanzano@williamsmullen.com


Scott C. Miller (VSB No. 77088)
WILLIAMS MULLEN
999 Waterside Drive, Suite 1700
Norfolk, VA 23510-3033
Telephone: 757.629.0647
Facsimile: 757.629.0660
Email: smiller@williamsmullen.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and caused a true copy of the filing to be sent to:

>James L. Chapman, IV, Esq.
>Alexander R. McDaniel, Esq.
>CRENSHAW WARE & MARTIN, PLC
>150 W. Main Street, Suite 1500
>Norfolk, VA  23510
>Telephone: 757-623-3000
>Email: jchapman@cwm-law.com
>Email: amcdaniel@cwm-law.com

>William Neil Clark, Jr., Esq. (*admitted pro hac vice*)
>Cozen O'Connor
>One Liberty Place
>1650 Market Street, Suite 2800
>Philadelphia, PA  19103
>Telephone: 215-665-2000
>Email: wclark@cozen.com
>   *Counsel for Plaintiff*

>Shawn A. Voyles, Esq.
>McKenry Dancigers Dawson PC
>192 Ballard Ct., Suite 400
>Virginia Beach, VA  23462-6538
>Telephone: 757-461-2500
>Email: savoyles@va-law.com
>   *Counsel for A&M Tobacco, Inc.*

>>By: /s/ Patrick R. Hanes
>>Patrick R. Hanes (VSB No. 38148)
>>WILLIAMS MULLEN
>>P. O. Box 1320
>>Richmond, VA 23218-1320
>>Telephone: 804.420.6455
>>Facsimile: 804.420.6507
>>Email: phanes@williamsmullen.com
>>*Counsel for Premiumestore, LLC*