# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Norfolk Division

| | |
|---|---|
| **ALLSTATE INSURANCE COMPANY, AS SUBROGEE OF JAMES COLEMAN**  )<br>)<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**A&M TOBACCO, INC., et al** )<br>)<br>**Defendants.** )<br>) | Civil Action No. 2:22-cv-00005 |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Allstate Insurance Company, as subrogee of James Coleman ("Allstate"), Cross-Claimant A&M Tobacco, Inc. ("A&M"), and Defendant/Crossclaim-Defendant Premiumestore, LLC ("Premiumestore"), by their respective counsel, stipulate to the voluntary dismissal of this action against Premiumestore, LLC, including the claims set forth in the First Amended Complaint filed by Allstate (ECF No. 19) and the Crossclaim by A&M (ECF No. 25), without prejudice, with each party bearing its own costs and attorneys' fees. The case will continue as between Plaintiff Allstate and Defendant A&M.

Dated:  September 12, 2022

Respectfully submitted,

**ALLSTATE INSURANCE COMPANY**

By: /s/ James L. Chapman, IV
James L. Chapman, IV, Esq., VSB No. 21983
Alexander R. McDaniel, Esq., VSB No. 92398
CRENSHAW WARE & MARTIN, PLC
150 W. Main Street
Suite 1923
Norfolk, VA  23510
Telephone: 757-623-3000

Email: jchapman@cwm-law.com
Email: amcdaniel@cwm-law.com

William Neil Clark, Jr., Esq.
(*admitted pro hac vice*)
Cozen O'Connor
One Liberty Place
1650 Market Street
Suite 2800
Philadelphia, PA  19103
Telephone: 215-665-2000
Email: wclark@cozen.com
   *Counsel for Plaintiff*

**A&M TOBACCO, INC.**

By: /s/ Shawn A. Voyles
Shawn A. Voyles, Esq., VSB No. 43277
McKenry Dancigers Dawson PC
192 Ballard Ct.
Suite 400
Virginia Beach, VA  23462-6538
Telephone: 757-461-2500
Email: savoyles@va-law.com
   *Counsel for A&M Tobacco, Inc.*

**PREMIUMESTORE, LLC**

By: /s/ Patrick R. Hanes
Patrick R. Hanes. (VSB No. 38148)
Gregory A. Crapanzano (VSB No. 93044)
WILLIAMS MULLEN
P. O. Box 1320
Richmond, VA 23218-1320
Telephone: 804-420-6455
Email: phanes@williamsmullen.com


Scott C. Miller, Esq. (VSB # 77088)
WILLIAMS MULLEN
Dominion Tower
999 Waterside Drive, Suite 1700
Norfolk, Virginia  23510-3033
Telephone: 757-629-0647
Email: smiller@williamsmullen.com
   *Counsel for Premiumestore, LLC*

2

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on this day the foregoing document was electronically filed with the Clerk of Court and served on all counsel of record using the Court's CM/ECF system.

This the 12th day of September, 2022.

By: /s/ James L. Chapman, IV
James L. Chapman, IV, Esq., VSB No. 21983
Alexander R. McDaniel, Esq., VSB No. 92398
CRENSHAW WARE & MARTIN, PLC
150 W. Main Street
Suite 1923
Norfolk, VA  23510
Telephone: 757-623-3000
Email: jchapman@cwm-law.com
Email: amcdaniel@cwm-law.com

William Neil Clark, Jr., Esq.
(*admitted pro hac vice*)
Cozen O'Connor
One Liberty Place
1650 Market Street
Suite 2800
Philadelphia, PA  19103
Telephone: 215-665-2000
Email: wclark@cozen.com
  *Counsel for Plaintiff*