# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Norfolk Division

**ALLSTATE INSURANCE COMPANY,**
as subrogee of James Coleman,

    Plaintiff,

v.

CIVIL ACTION NO. 2:22-cv-5

Trial by Jury Demanded

**MOHAMMED DAHMASH d/b/a**
**VIRGINIA BEACH TOBACCO, INC. and**
**VIRGINIA BEACH TOBACCO AND**
**VAPE,**

    Defendants.

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41, all parties to this matter, by their undersigned counsel, hereby stipulate and agree that the above matter shall be dismissed without prejudice.

**ALLSTATE INSURANCE COMPANY,**
as subrogee of James Coleman

By:  */s/ Alexander R. McDaniel*
James L. Chapman, IV., VSB No. 21983
Alexander R. McDaniel, VSB No. 92398
CRENSHAW, WARE *&* MARTIN, P.L.C.
150 West Main Street, Suite 1923
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
amcdaniel@cwm-law.com

**MOHAMMED DAHMASH d/b/a**
**VIRGINIA BEACH TOBACCO, INC. and**
**VIRGINIA BEACH TOBACCO AND**
**VAPE,**

By:  */s/ Shawn A. Voyles*
Shawn A. Voyles
MCKENRY DANCIGERS DAWSON, P.C.
192 Ballard Court, Suite 400
Virginia Beach, VA 23462
Telephone: (757) 394-3412
Facsimile (757) 461-2341
savoyles@va-law.com